JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL ALLEN, an individual,<br><br>     Plaintiff,<br><br> v.<br><br>BRENNA RHEA JORGENSEN, an individual; and DOES 1 through 25, inclusive,<br><br>     Defendants. | CASE NO. 2:13-cv-01026-JAK-JEM<br><br>**ORDER OF DISMISSAL PURSUANT TO RULE 41(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

 Pursuant to the Notice filed by plaintiff, the action is dismissed in its entirety without prejudice.

 IT IS SO ORDERED this 16TH, day of April, 2013.

Dated: April 16, 2013

By:_____
  Hon. John A. Kronstadt
  United States District Judge

{00220799;1}

[PROPOSED] ORDER OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(2)